SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GOURLEY and PETE HALVER AS TRUSTEES OF THE SOLANO-NAPA ELECTRICAL WORKERS TRUST FUNDS,<br><br>Plaintiff,<br><br>vs.<br><br>TRI-COUNTY, INCORPORATED, a California Corporation,<br><br>Defendant. | CASE NO.: C05-03299 VRW<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION AND ORDER |

Comes now the Plaintiffs BRUCE GOURLEY and PETE HALVER AS TRUSTEES OF THE SOLANO-NAPA ELECTRICAL WORKERS TRUST FUNDS in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

Defendant TRI-COUNTY INCORPORATED filed a Chapter 7 Bankruptcy on November 22, 2005, Case No. 05-14664. Plaintiff reserves the right to reinstate the complaint in the event the bankruptcy is dismissed prior to discharge.

Dated: December 8, 2005                    /s/ Sue Campbell
                                            SUE CAMPBELL
                                            Attorney for Plaintiffs

---

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION AND ORDER

1 **ORDER**

2       IT IS HEREBY ORDERED that the within entitled action be dismissed in its
3 entirety without prejudice.

4

5 DATED: December 15, 2005

6                                     U.S. JUDGE

*Judge Vaughn R Walker*

2

REQUEST FOR DISMISSAL OF ENTIRE ACTION AND ORDER